**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Rasheen D. FAIRLY, Defendant-Appellant.**

**No. 16-16889**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2017 \*

Filed July 3, 2017

Karen A. Escobar, Assistant U.S. Attorney, DOJ-USAO, Fresno, CA, for Plaintiff-Appellee

Rasheen D. Fairly, Pro Se

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM \*\*

Federal prisoner Rasheen D. Fairly appeals pro se from the district court's order

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provid-

denying his petition for writ of error coram nobis. We have jurisdiction under .28 U.S.C. § 1291, and we affirm.

This court reviews de novo the district court's denial of a coram nobis petition. *See Matus-Leva v. United States*, 287 F.3d 758, 760 (9th Cir. 2002). We agree with the district court's conclusion that it lacked jurisdiction to review the validity of Fairly's state conviction. *See Hensley v. Municipal Court*, 453 F.2d 1252, 1252 n.2 (9th Cir. 1972) ("Coram nobis lies only to challenge errors occurring in the same court."), *rev'd on other grounds*, 411 U.S. 345, 93 S.Ct. 1571, 36 L.Ed.2d 294 (1973); *see also Madigan v. Wells*, 224 F.2d 577, 578 n.2 (9th Cir. 1955) ("[T]he writ can issue, if at all, only in aid of the jurisdiction of the ... court in which the conviction was had.")

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.